| | |
|---|---|
| 1 | PETER F. SAMUEL, SBN 72503 |
|   | **SAMUEL & SAMUEL** |
| 2 | 5050 Sunrise Blvd, Suite C-1 |
| 3 | Fair Oaks, CA 95628 |
|   | Telephone: (916) 966-4722 |
| 4 | Facsimile: (916) 962-2219 |
| 5 | Email: pfsamuel@samuellaw.com |
|   | |
| 6 | MICHAEL L. CARVER, SBN 173633 |
| 7 | PATRICIA A. SAVAGE, SBN 236235 |
|   | **LABOR LAW OFFICE, A.P.C.** |
| 8 | 1600 Humboldt Road, Suite 3 |
| 9 | Chico, CA 95928 |
|   | Telephone: (530) 891-8503 |
| 10 | Facsimile: (530) 891-8512 |
| 11 | Email:psavesq@gmail.com |
| 12 | |
|   | Attorneys for Plaintiff, |
| 13 | J. GUADALUPE BAEZA CARRILLO, individually and on |
|   | behalf of all others similarly situated |
| 14 | |
| 15 | SHEPPARD, MULLIN, RICHTER & HAMPTON LLP |
|   | A Limited Liability Partnership |
| 16 | Including Professional Corporations |
| 17 | GREG S. LABATE, Cal. Bar No. 149918 |
|   | glabate@sheppardmullin.com |
| 18 | 650 Town Center Drive, 4th Floor |
| 19 | Costa Mesa, California 92626-1925 |
|   | Telephone: 714-513-5100 |
| 20 | Facsimile: 714-513-5130 |
| 21 | |
| 22 | MORGAN P. FORSEY, Cal. Bar No. 241207 |
|   | mforsey@sheppardmullin.com |
| 23 | Four Embarcadero Center, 17th Floor |
| 24 | San Francisco, California 94111-4109 |
|   | Telephone: 415-434-9100 |
| 25 | Facsimile: 415-434-3947 |
| 26 | |
|   | Attorneys for Defendant |
| 27 | |

W02-WEST:5MPF1\402732377.1                -1-

PDF created with pdfFactory trial version www.pdffactory.com

SUNSTATE EQUIPMENT CO., LLC

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| J. GUADALUPE BAEZA CARRILLO, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>  v.<br><br>SUNSTATE EQUIPMENT CO., LLC, DOES 1-20, inclusive,<br><br>    Defendants. | **Case No.** 2:09-CV-02517-JAM-KJM<br><br>**ORDER RE:  STIPULATION AMENDING STATUS PRE-TRIAL SCHEDULING ORDER** |

Based upon the stipulation of the Parties hereto and good cause appearing therefor,

IT IS HEREBY ORDERED that the Status Pre-Trial Scheduling Order is amended to reflect the following dates:

| | |
|---|---|
| **Expert Disclosures** | January 14, 2011 |
| **Supp. Expert Disclosures** | January 28, 2011 |
| **Discovery Cutoff** | March 11, 2011 |
| **Dispositive Motion Filing** | April 20, 2011 |
| **Dispositive Motion Hearing** | May 18, 2011 at 9:30 a.m. |
| **Joint Pre-Trial Statement** | June 22, 2011 |

W02-WEST:5MPF1\402732377.1                                              -3-

PDF created with pdfFactory trial version www.pdffactory.com

| | |
|---|---|
| **Pre-Trial Conference** | June 29, 2011 at 3:00 p.m. |
| **Trial** | August 8, 2011 at 9:00 a.m. |

Date: July 6, 2010

/s/ John A. Mendez
HON. JOHN A. MENDEZ

W02-WEST:5MPF1\402732377.1                    -4-

PDF created with pdfFactory trial version www.pdffactory.com